# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Dick Pacific Construction Company, Ltd. ) | ASBCA Nos. 57675, 57806, 58149 |
| ) | 58150, 58151, 58174 |
| ) | 60474 |
| ) | |
| Under Contract No. W9128A-07-C-0004 ) | |

APPEARANCES FOR THE APPELLANT:        John W. Ralls, Esq.
                                      W. Samuel Niece, Esq.
                                       Ralls Gruber & Niece LLP
                                       San Mateo, CA

                                      Michael T. Ambroso, Esq.
                                       General Counsel

APPEARANCES FOR THE GOVERNMENT:       Thomas H. Gourlay, Jr., Esq.
                                       Engineer Chief Trial Attorney
                                      Nathan K. Sadowski, Esq.
                                      Brian S. Smith, Esq.
                                       Engineer Trial Attorneys
                                       U.S. Army Engineer District, Honolulu

## OPINION BY ADMINISTRATIVE JUDGE CLARKE

In our 15 December 2015 opinion in ASBCA Nos. 57675, 57806, 58149, 58150, 58151, and 58174, we sustained these six appeals in part and remanded the appeals to the parties to resolve quantum. On 15 January 2016, appellant filed a motion for reconsideration of our 15 December opinion. Subsequently, the parties notified the Board that they have resolved the quantum aspect of these appeals and have requested the Board to issue a decision in the nature of a consent judgment. In accordance with its usual practice, the Board has issued a new docket number to the quantum phase of this dispute: ASBCA No. 60474.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that ASBCA No. 60474 is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $2,911,658.27. If not paid by 91 days from the date of this decision, interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 until date of payment.

Appellant's motion for reconsideration of ASBCA Nos. 57675, 57806, 58149, 58150, 58151, and 58174 is dismissed as moot.

Dated: 3 March 2016

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 57675, 57806, 58149, 58150, 58151, 58174, and 60474, Appeals of Dick Pacific Construction Company, Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2